IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

_Gwendolyn James Burt_ )
_____ )
_____ )
(Name of Plaintiff(s)) )
 )
v. ) Civil Case No. _____
 )
_DHS/State of Tennessee_ ) Jury Trial Requested: ✓ YES ___ NO
_____ )
_____ )
(Name of Defendant(s)) )

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AS AMENDED**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief is also sought under 42 U.S.C. § 2000e-5(g).

2. Plaintiff, _Gwendolyn James Burt_, is a citizen of the United States and resides at _1127 Walton Drive_, _Murfreesboro_
   Street address / City
   _Rutherford_, _Tennessee_, _37130_, _(615) 962-7862_
   County / State / Zip Code / (area code) phone number
   (If there is more than one plaintiff, provide the same information for each plaintiff below):

   _____
   _____
   _____
   _____
   _____
   _____

3. Defendant, _DHS - State of Tennessee_, lives at or its business is located at:
   _Old Fort Parkway, Murfreesboro_, _Murfreesboro_
   Street address / City
   _Rutherford_, _TN_, _37130_, _(615) 848-5153_
   County / State / Zip Code / (area code) phone number

Revised 11/2014

(If there is more than one defendant, provide the same information for each defendant below):

_____
_____
_____
_____
_____
_____
_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at:

   <u>Deaderick St. CPB</u>, <u>Nashville</u>
   Street address              City

   <u>Davidson</u>, <u>Tennessee</u> <u>37243</u>
   County    State    Zip Code

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 8–9 of this complaint on or about <u>16th</u>, <u>December</u>, <u>2014</u>.
          day      month      year

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging the defendant with the acts of discrimination indicated in paragraphs 8–9 of this complaint on or about <u>19</u>, <u>April</u>, <u>2015</u>.
          day      month      year

   **(Attach a copy of the a charges filed with the Equal Employment Opportunity Commission attached to this complaint.)**

7. The Plaintiff received a copy of the Notice of Right to Sue issued by the Equal Employment Opportunity Commission or the U.S. Department of Justice on
   <u>20</u>, <u>August</u>, <u>2015</u>.
   day    month    year

   **(Attach a copy of the Notice to this complaint.)**

8. Because of plaintiff's (1) <u>✓</u> race, (2) ____ color, (3) ___ sex, (4) _____ religion, or (5) _____ national origin, the defendant:

   (a) <u>✓</u> failed to employ plaintiff.
   (b) ____ terminated plaintiff's employment.
   (c) <u>✓</u> failed to promote plaintiff.
   (d) <u>✓</u> retaliated against plaintiff for having filed a charge of discrimination.

(e) _✓_ other. Explain:

I am in remission for breast cancer.
I suffer with High Blood Pressure, anxiety, and migraines. I also suffer with Fibromyalgia.

9. The circumstances under which defendant discriminated against plaintiff were as follows:

Race, color, discrimination-disability, retaliation, age. Moved Donna Miller and Gwen Burt out as we are older and we both have many years experience. Hired and brought in younger employees, and filled open positions. I feel I am being retaliated against after contacting HR for previous complaints. I have 40 years with the State, and Donna W. Miller has fourteen years with the state, and kept black employees in our group while moving white race out.

(You may use additional paper if necessary.)

10. The acts set forth in paragraph 8 of this complaint

   (a) _✓_ are still being committed by defendant.
   (b) _____ are no longer being committed by defendant.
   (c) _✓_ may still be being committed by defendant.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

Positions to State Offices downtown Nashville, Tennessee returned. Punitive and compensatory damages paid to Donna Miller and Gwendolyn James Burt per our settlement request letter. (See Attached)

11. I request a jury trial: _✓_ yes _____ no

*Gwendolyn James Burt*

_____
Signature of plaintiff(s)