IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GWENDOLYN JAMES BURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-01254 |
| ) | |
| DHS/STATE OF TENNESSEE, ) | Judge Campbell |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Gwendolyn James Burt filed a *pro se* complaint under Title VII of the Civil Rights Act of 1964, along with an application to proceed *in forma pauperis* ("IFP"). By Order entered November 18, 2015, the Court denied the IFP application because it was apparent from Plaintiff's submission that she had sufficient funds to pay the filing fee, and directed Plaintiff to remit the full $400 filing fee within 30 days. (ECF No. 3.) The Court expressly warned Plaintiff that "failure to comply with this Order within the time frame specified, . . . may result in dismissal of this action for failure to prosecute and failure to comply with the Court's Order." (*Id.*)

More than 30 days have passed since the entry of that Order, and Plaintiff has failed to comply or to seek an extension of time within which to do so. Accordingly, this action is hereby **DISMISSED** for failure to prosecute.

Entry of this Order shall constitute the Judgment in this action.

It is so **ORDERED**.

_____
TODD CAMPBELL
United States District Judge