UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GWENDOLYN JAMES BURT ) ) ) ) ) ) ) Plaintiff, ) ) ) v. ) ) ) DHS/STATE OF TENNESSEE ) ) ) ) Defendant. | Case No. 3:15-cv-1254<br><br>Judge Campbell |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on January 5, 2016 as to Order entered on 1/5/2016 at DE 6.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney